UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHYRN LINDBERG MCBRIDE,

Plaintiff,

v.

HEGSETH, et al.

Defendants.

Case No. 1:24-cv-00444-KES-EPG

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Docs. 12, 20

Plaintiff Kathryn Lindberg McBride proceeds pro se in this civil action alleging that defendants—who are various military officials—violated her rights in connection with her prior employment as a dual-status military/civilian technician in the California Army National Guard (CNG).

On September 5, 2025, defendants filed a motion to dismiss plaintiff's complaint. Doc. 12. The motion was referred to a magistrate judge for the preparation of findings and recommendations. Doc. 13.

On May 28, 2026, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion to dismiss be granted. Doc. 20. Plaintiff timely filed objections, and defendant timely responded to those objections. Docs. 21, 22. Plaintiff's objections do not undermine the analysis in the findings and recommendations. Plaintiff's claims

involve military personnel decisions and the magistrate judge correctly concluded that the *Feres* doctrine bars review in this court of plaintiff's claims. Nor, as the magistrate judge found, has plaintiff stated a cognizable claim arising after her discharge from the military that would not otherwise be barred by the *Feres* doctrine.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, including plaintiff's objections and defendants' response to the objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 28, 2026, Doc. 20, are ADOPTED in full.
2. Defendants' motion to dismiss, Doc. 12, is GRANTED.
3. The Clerk of Court is directed to issue judgment in favor of defendants and to close the case.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE